IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES W. CARROLL and DOROTHY M. CARROL,  Plaintiffs,  vs.  EQUITABLE LIFE & CASUALTY INSURANCE COMPANY, and JOHN DOES 1-20,  Defendants. | CV 20–155–M–DLC  ORDER |

Defendant Equitable Life & Casualty Insurance Company moves for the admission *pro hac vice* of Susan E. Egeland to practice before this Court. (Doc. 6.) Jill Gerdrum of Axilon Law Group, PLLC indicates that she will act as local counsel. Ms. Egeland's application appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 6) is GRANTED on the condition that Ms. Egeland do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. If she has not already done so, Ms. Egeland shall take steps to register on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Egeland, within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 6th day of November, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court